## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: ) | |
| ) | |
| **ROBERT V. LINNEY** ) | **Chapter 13** |
| ) | **Case No.  13-12136-FJB** |
| **DEBTOR** ) | |

## NOTICE OF APPEARANCE
## AND REQUEST FOR SERVICE

To the Honorable Frank J. Bailey, United States Bankruptcy Judge:

Now comes Nina M. Parker of the law firm of Parker & Associates and hereby appears as

attorney for Creditor, North Easton Savings Bank, and pursuant to MLBR 9010-3, she hereby

specifically requests that she receive copies of all notices and pleadings filed in this case.

Respectfully submitted
North Easton Savings Bank
By its attorney,


/s/ Nina M. Parker
Nina M. Parker (BBO#389990)
nparker@ninaparker.com
Kate E. Nicholson (BBO#67842)
knicholson@ninaparker.com
Parker & Associates
10 Converse Place
Winchester, Massachusetts 01890
(781) 729-0005


DATED:       April 16, 2013

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**

_____

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| **ROBERT V. LINNEY** | ) | **Chapter 13** |
| | ) | **Case No.  13-12136-FJB** |
| **DEBTOR** | ) | |

_____)

## CERTIFICATE OF SERVICE

I, Nina M. Parker, do hereby certify that I have given electronic notification and/or

mailed, postage prepaid, copies of the **Notice of Appearance and Request for Services** to the

parties listed on the annexed service list.

/s/ Nina M. Parker
Nina M. Parker (BBO#389990)
nparker@ninaparker.com
Kate E. Nicholson (BBO#67842)
knicholson@ninaparker.com
Parker & Associates
10 Converse Place
Winchester, Massachusetts 01890
(781) 729-0005

DATED:        April 16, 2013

## Electronic Mail Notice List

- John Fitzgerald      USTPRegion01.BO.ECF@USDOJ.GOV
- Stephen K. Midgley      midgleylaw@verizon.net

## Manual Notice List

Glenn R. Breese,
Assistant Vice President & Loan Officer
North Easton Savings Bank
20 Eastman Street
South Easton, MA 02375

Robert V. Linney
40 Mechanic Street, #301
Foxboro, MA  02035